IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dussard, Jackie E

Printed: 10/30/07

Case Number: 04 B 33408
Judge: Goldgar, A. Benjamin
Filed: 9/9/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 26, 2007
Confirmed: November 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,941.63 |  |
| Secured: |  | 17,240.77 |
| Unsecured: |  | 1,051.24 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,505.20 |
| Trustee Fee: |  | 1,144.42 |
| Other Funds: |  | 0.00 |
| Totals: | 21,941.63 | 21,941.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,505.20 | 2,505.20 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Neighborhood Housing/Lending Services | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 2,669.53 | 2,669.53 |
| 5. | Americredit Financial Ser Inc | Secured | 14,571.24 | 14,571.24 |
| 6. | Corporate America Family CU | Unsecured | 145.44 | 145.44 |
| 7. | ECast Settlement Corp | Unsecured | 62.84 | 62.84 |
| 8. | Americredit Financial Ser Inc | Unsecured | 652.63 | 652.63 |
| 9. | Nicor Gas | Unsecured | 53.60 | 53.60 |
| 10. | Capital One | Unsecured | 63.45 | 63.45 |
| 11. | SBC | Unsecured | 28.66 | 28.66 |
| 12. | Wow Internet | Unsecured | 8.75 | 8.75 |
| 13. | Capital One | Unsecured | 35.87 | 35.87 |
| 14. | ATG Credit LLC | Unsecured |  | No Claim Filed |
| 15. | City of Elgin | Unsecured |  | No Claim Filed |
| 16. | Check N Go | Unsecured |  | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 18. | A R Concepts Inc | Unsecured |  | No Claim Filed |
| 19. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 20. | Money Market | Unsecured |  | No Claim Filed |
| 21. | Signatures Medical Association | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,797.21 | $ 20,797.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dussard, Jackie E

Printed: 10/30/07

Case Number: 04 B 33408
Judge: Goldgar, A. Benjamin
Filed: 9/9/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 144.70 |
| 4% | 49.92 |
| 3% | 43.69 |
| 5.5% | 202.19 |
| 5% | 56.69 |
| 4.8% | 93.33 |
| 5.4% | 553.90 |
| | _____ |
| | $ 1,144.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    *Denise Ashley* _____